**No. 11-6240. Marlon McNealy, Petitioner v. Scott A. Middlebrooks, Warden.**

565 U.S. 1174, 132 S. Ct. 1092, 181 L. Ed. 2d 1009, 2012 U.S. LEXIS 619.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

**No. 11-6479. Nyron Joel Nichols, Petitioner v. United States.**

565 U.S. 1174, 132 S. Ct. 1093, 181 L. Ed. 2d 1009, 2012 U.S. LEXIS 615.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 429 Fed. Appx. 355.

**No. 11-7715. Derrick Bullard, Petitioner v. United States.**

565 U.S. 1174, 132 S. Ct. 1118, 181 L. Ed. 2d 1009, 2012 U.S. LEXIS 630.

January 17, 2012. Petition for writ of certiorari to the United States Court of

Appeals for the Third Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 440 Fed. Appx. 81.